NUMBER 13-06-593-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE: STATE OF TEXAS EX REL. CARLOS VALDEZ
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Garza
Per Curiam Memorandum Opinion




         Relator, State of Texas ex rel. Carlos Valdez, filed a petition for writ of
mandamus in the above cause on October 13, 2006. The Court, having examined and
fully considered the petition for writ of mandamus is of the opinion that relator has not
shown itself entitled to the relief sought. Accordingly, relator's petition for writ of
mandamus is denied. See Tex. R. App. P. 52.8(a).

                                                                                 PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 
filed this 26th day of October, 2006.